No. 4526.—BEHN BROTHERS, INC., APLDA., *v.* PORRATA ET AL. APLTES.—C. D. San Juan. Marzo 28, 1928. Apareciendo que la última prórroga para radicar la exposición del caso

venció en octubre 19, 1927, sin que fuera radicada; no habiéndose radicado tampoco la transcripción en esta corte, se declaró con lugar la moción de desestimación de la parte apelada.

En los siguientes casos al llamarse el recurso para la vista fué desestimado por no haber el apelante presentado su alegato:

No. 4225.—Bird Gómez, Apldo., v. Padrón Triviño et als., Apltes.—C. D. Humacao. Inexistencia de contrato. Julio 28, 1927.

No. 3267.—Pueblo, Apldo. v. Rivera, Aplte.—C. D. San Juan. Infracción ley de la prohibición. Julio 26, 1927.

No. 3273.—Pueblo, Apldo. v. Berríos, Aplte.—C. D. Guayama. Hurto de uso. Julio 26, 1927.

No. 3275.—Pueblo, Apldo, v. Torres, Aplte.—C. D. Guayama. Infracción ley de automóviles. Julio 26, 1927.

No. 3272.—Pueblo, Apldo. v. López (a) Felito, Aplte.— C. D. San Juan. Acometimiento y agresión. Julio 26, 1927.

No. 3270.—Pueblo, Apldo. v. Villodas, Aplte.—C. D. Guayama. Portar armas. Julio 26, 1927.

No. 3269.—Pueblo, Apldo. v. Rosario, Aplte.—C. D. San Juan. Julio 26, 1927.

No. 3268.—Pueblo, Apldo. v. González, Aplte.—C. D. San Juan. Abuso de confianza. Julio 26, 1927.

No. 3266.—Pueblo, Apldo. v. Amadeo, Aplte.—C. D. Guayama. Portar armas. Julio 26, 1927.

No. 3261.—Pueblo, Apldo. v. Micheo, Aplte.—C. D. Arecibo. Portar armas. Julio 26, 1927.

No. 3250.—Pueblo, Apldo. v. Feliciano, Aplte.—C. D. Humacao. Infracción ley de la prohibición. Julio 26, 1927.

No. 3329.—Pueblo, Apldo. v. Muriel, Aplte.—C. D. San Juan. Asesinato en segundo grado. Nov. 10, 1927.

No. 3288.—Pueblo, Apldo. v. Maisonet (a) Sedita, Aplte. —C. D. Humacao. Exposiciones deshonestas. Nov. 10, 1927.

No. 3353.—Pueblo, Apldo. v. Laborde, Aplte.—C. D. San Juan. Portar armas. Nov. 15, 1927.